ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 3 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| RODNEY S. DOGGETT ) | |
| ) | |
| V.  ) | 3-06-CV-539-B |
| ) | |
| DAN JOSLIN, Warden ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 3rd day of Jan., 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE